S. Jasper Drawdy, President *et al.,* as Trustees of the Tampa National Building and Savings Association, Appellants, v. Fannie Hirschman and Max Hirschman, her husband, Appellees.

Division A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

46 Fla.—21

Wall & Stevens for appellants.

Doggett & Van Deman for appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants and the complainants appeal. The decree is affirmed.

Decision *Per Curiam.*